**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 04-951-PHX-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Jaod Dodds, | ) | |
| Defendant. | ) | |

By order filed March 27, 2006, the Court concluded that Defendant Dodds is not competent to stand trial. Doc. #46. The Court directed counsel to address the appropriate next step in this case. A hearing was held on April 17, 2006 to address this issue, and was continued to May 1, 2006 to permit counsel to conduct additional legal research. Doc. #47.

At the hearing on May 1, 2006, counsel for Defendant Dodds and the Government agreed that the Court must now commit Defendant Dodds to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d)(1). The Court will do so for the purpose of obtaining the opinion of an appropriate medical facility on the issue addressed on 18 U.S.C. § 4246(a) – whether Mr. Dodds is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another.

1   Pursuant to § 4241(d)(1), Defendant Dodds is committed to the custody of the
2   Attorney General for a reasonable period of time, not to exceed four months.  A hearing to
3   address the facility's conclusion will be held on **September 11, 2006 at 11:00 a.m.**
4   DATED this 3rd day of May, 2006.

_____
David G. Campbell
United States District Judge